**Opinion issued August 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00486-CV

———————————

## IN RE JAWSRE LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jawsre LLC, has filed a petition for a writ of mandamus challenging the trial court's order denying relator's request for an evidentiary hearing on relator's second request for a temporary injunction.[1]

We deny the petition.

---

[1] The underlying case is *Jawsre, LLC v. Robert Schmadl, James Schmadl, Jr., Chris Schmadl, and Holly Schmadl*, Cause No. 2018-84659, in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.